IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILBERT JOHNESE AND
SHARON DENISE JOHNESE                                                              PLAINTIFFS

VS.                                    4:06CV01632-WRW

ASHLAND CHEMICAL, INC.,
CARBOLINE COMPANY,
CHEMCENTRAL SOUTHWEST L.P.;
CIBA SPECIALTY CHEMICALS CORPORATION
DEGUSSA SPECIALTY POLYMERS, INC.;
E.I. DU PONT DE NEMOURS AND COMPANY;
EXXON MOBIL CORPORATION;
HARCROS CHEMICALS INC.;
HERCULES, INC.; SHELL OIL COMPANY;
UNIVAR USA INC.; TEXACO, INC;
VALSPAR CORPORATION                                                                DEFENDANTS

## ORDER

Pending is Defendant Valspar Corporation's Motion to Appear *Pro Hac Vice*.[1] For good cause shown, Defendant's Motion is GRANTED. Mr. Greg Goodykoontz and Robert E. Gifford with Steptoe & Johnson of West Virginia are admitted to represent Defendant Valspar Corporation.

IT IS SO ORDERED this 5th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 36