IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILBERT JOHNESE AND
SHARON DENISE JOHNESE
PLAINTIFFS

VS.                                    CASE NO. 4:06cv01632
                                       (JURY TRIAL DEMANDED)

AMERON INTERNATIONAL, et al
DEFENDANTS

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by counsel for Plaintiffs, Wilbert Johnese and

Sharon Denise Johnese that the above cause of action should be dismissed without

prejudice as to Defendants, Aztron Chemical Services of Lake Charles, Inc. and

Elementis, PLC and without costs to any party.

IT IS HEREBY STIPULATED that an order pursuant to the foregoing may be

entered of record without further notice upon the presentation of stipulation.

WHEREFORE, Plaintiffs pray that the Court enter an order dismissing Plaintiffs'

Third Amended Complaint as it pertains to the Defendants, Aztron Chemical Services of

Lake Charles, Inc. and Elementis, PLC without prejudice.

Each side to bear its own costs.

Respectfully submitted,

Date: June 18, 2008                CHARGOIS & HERRON, LLP

_____

Kirk A. Chargois (Pro Hac Vice)
State Bar No. 24039993
Damon J. Chargois
Arkansas State Bar No. 2006348
2201 Timberloch Place
Suite 110
The Woodlands, Texas 77380
(281) 444-0604
(281) 440-0124 (Fax)
E-mail: kirk@cmhllp.com
LAMPIN, KELL, FAGRAS, LINSON &
CUSTER
Mark Kell
4700 Mexico Road
St. Peters, Missouri 63376
(636) 757-1700
(636) 757-0198 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the Stipulated Dismissal has been filed with the Clerk of the Court and true and correct copies have been served on counsel of record on this 18th day

June 2008.

Kirk A. Chargois (Pro Hac Vice)

**IT IS SO ORDERED**

Dated: June 19, , 2008.

By: _____
UNITED STATES DISTRICT JUDGE